# Court of Appeals
# of the State of Georgia

ATLANTA,  December 09, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0592.  ADEWUNMI O. SOBOWALE v. REBECCA EDWARDS SMITH et al.**

Before this Court is Appellant's amended motion to transfer the above-styled appeal to the Supreme Court of Georgia.  The motion is hereby GRANTED, and the appeal is TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/09/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                          , *Clerk.*